**In the Matter of D.M.E. and T.J.A. JR., Minors.**

**Petition of T.J.A., Sr., Natural Father.**

Supreme Court of Pennsylvania.

April 27, 2006.

## ORDER

PER CURIAM.

AND NOW, this 27th day of April, 2006, the Petition for Allowance of Appeal is **DENIED** and the Motion to Expedite Decision is **DISMISSED** as moot.